UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRI MCGUIRE-MOLLICA,

    Plaintiff,

v.                                                                    Case No. 5:23-cv-329-MCR-MJF

UNITED STATES OF AMERICA.

    Defendant.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated January 3, 2024.  ECF No. 34.  The Court furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  There have been no timely filed objections.

Having fully considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 34, is adopted and incorporated by reference into this Order.

2.    The case is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of April 2025.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**